UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NIAZIE SABET,

        Plaintiff,

v.                                        Case No:   6:22-cv-2009-RBD-LHP

BOYLAND AUTO ORLANDO, LLC,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION TO QUASH NON-PARTY SUBPOENA (Doc. No. 28)
>
> **FILED:**     March 2, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion, which simply lists all of the non-party's general and specific objections to the subpoena, fails to comply with Local Rules 1.08(a), 3.01(a), and 3.01(g).  The motion also does not explain why it was filed in this District.  *See* Fed. R. Civ. P. 45(d)(3)(A) (noting that a motion to quash or modify a subpoena must be

filed in the "court for the district where compliance is required."). The subpoena identifies the non-party's location as Dover, Delaware, but the place of compliance is noted as "via e-mail to: mhiraldo@hiraldolaw.com (If physical location is required, please contact the undersigned to coordinate)." Doc. No. 28-1, at 2. Thus, it is entirely unclear from the subpoena and from the motion the intended place of compliance, and accordingly, it is equally unclear whether this Court is the proper venue for a motion to quash.

Any renewed motion must comply with all applicable Local Rules and provide, with citation to legal authority, an explanation as to why this Court is the appropriate venue to seek relief from the subpoena.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties